IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE CHRISTOPHER VALLES, | ) | No. C 11-04638 EJD (PR) |
| Plaintiff. | ) ) | ORDER OF DISMISSAL |

On September 19, 2011, Plaintiff, a California inmate at the Avenal State Prison, filed a letter which appeared to address prison conditions. The same day, the Clerk of the Court sent a notification to Plaintiff that he must file a proper complaint within thirty days to avoid dismissal of the action. (Docket No. 3.) The Clerk also sent a separate notice that Plaintiff did not pay the filing fee or file an In Forma Pauperis ("IFP") Application, and that he must do so within thirty days to avoid dismissal of the action. (Docket No. 2.) The deadline has since passed, and Plaintiff has not filed a complaint, nor has he paid the filing fee or filed an IFP application.

Accordingly, this case is DISMISSED without prejudice for failure to pay the filing fee.

DATED: November 21, 2011

EDWARD J. DAVILA
United States District Judge

Order of Dismissal
04638Valles_dism-ifp.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

IN RE CHRISTOPHER VALLES,

    Plaintiff.

Case Number: CV11-04638 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 11/23/2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Christopher Valles F 85004
ASP
P. O. Box 0009
Avenal, CA 93204

Dated: 11/23/2011

Richard W. Wieking, Clerk
/s/ By: Elizabeth Garcia, Deputy Clerk