**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CHRISTOPHER VALLES,<br><br>           Plaintiff. | No. C 11-04638 EJD (PR)<br><br>ORDER OF DISMISSAL |

On September 19, 2011, Plaintiff, a California inmate at the Avenal State Prison, filed a letter which appeared to address prison conditions. The same day, the Clerk of the Court sent a notification to Plaintiff that he must file a proper complaint within thirty days to avoid dismissal of the action. (Docket No. 3.) The Clerk also sent a separate notice that Plaintiff did not pay the filing fee or file an <u>In Forma Pauperis</u> ("IFP") Application, and that he must do so within thirty days to avoid dismissal of the action. (Docket No. 2.) The deadline has since passed, and Plaintiff has not filed a complaint, nor has he paid the filing fee or filed an IFP application.

Accordingly, this case is DISMISSED without prejudice for failure to pay the filing fee.

DATED: November 21, 2011

EDWARD J. DAVILA
United States District Judge

Order of Dismissal
04638Valles_dism-ifp.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

IN RE CHRISTOPHER VALLES,

    Plaintiff.

Case Number: CV11-04638 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 11/23/2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Christopher Valles F 85004
ASP
P. O. Box 0009
Avenal, CA 93204

Dated: 11/23/2011

Richard W. Wieking, Clerk
/s/ By: Elizabeth Garcia, Deputy Clerk